241 So.2d 250

**Wallace FONTENOT**

v.

**SUN OIL COMPANY (formerly Sunray Mid-Continent Oil Company) et al.**

No. 50470.

April 20, 1970.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.